# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0204

IN THE INTEREST OF D.M.

**FEBRUARY 25, 2021**

---

In Re:     D.M., applying for supervisory writs, Juvenile Court, Parish of East Baton Rouge, Nos. 114708, 114709, 114710 & 114908.

---

**BEFORE:     GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

                              JMG
                              PMc
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT